## AFFIDAVIT IN SUPPORT
## OF CRIMINAL COMPLAINT

I, Ryan Moayed, depose and make this affidavit in support of a complaint for a violation of Title 8, United States Code, Section 1326(a) by Marlon Rene Avila-Cruz. I am a Border Patrol Agent with the United States Border Patrol. Currently, I am assigned to the Rangeley Border Patrol Station in Rangeley, Maine. I graduated from Trabuco Hills High School in Mission Viejo, California in June 2019. After graduating high school, I joined the United States Navy as an active duty sailor and was honorably discharged in January of 2025. I have been an employee of the United States Border Patrol since April 14th, 2025. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in October 2025. I base this affidavit on my own investigation as well as discussions with other agents and/or reading of investigative reports and other materials.

On December 21, 2025, while on patrol on Fairbanks Road in Farmington, an officer with the Farmington Police Department observed a green Ford Expedition traveling south with a tinted front window. The officer initiated a traffic stop and made contact with the driver of the vehicle, the defendant Marlon Rene Avila-Cruz. There was also a passenger in the vehicle. Upon request, the defendant only produced a piece of paper from the Massachusetts Registry of Motor Vehicles granting a Class D passenger permit. Neither the driver nor the passenger spoke English. The identifying information from the defendant was relayed to Rangeley Border Patrol. Record checks revealed that the defendant had previously been ordered to be removed from the United States as an illegal alien.

Border Patrol Agent Jonathan Lemay and I subsequently arrived on the scene. Both the defendant and the vehicle passenger were informed that we were conducting an immigration inspection. The defendant and the passenger were ordered to roll down their windows and exit the vehicle. Neither complied. We then broke the passenger side window and removed the passenger. The defendant subsequently unlocked his door and obeyed Border Patrol Agent Lemay's commands to exit the vehicle and place his hands behind his back. Both the defendant and the car passenger were transported to the Rangeley station for further processing.

During the processing procedure, fingerprints of the defendant were taken utilizing the IAFIS/IDENT system. A positive return matched the prints to an alien by the same name and with the same date of birth. Records revealed that the defendant was ordered removed from the United States on February 21, 2017. The defendant was physically removed from the United States on March 30, 2017 at the Miami Port of Entry and returned to Honduras. The defendant does not have any legal status in the United States or any claims of citizenship in the United States. Further, I have been unable to find any indication that the defendant has obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America

Avila-Cruz was notified of his right to communicate with a consular officer from Honduras. Avila-Cruz acknowledged understanding this right but declined to speak with anyone at this time.

Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant has violated Title 8, United States Code, Section 1326(a).

I, Ryan Moayed, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine, this 23rd ~~22nd~~ day of December 2025.

Ryan Moayed
United States Border Protection Officer
U.S. Customs and Border Protection

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Dec 23 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

3