UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: 1:26-cr-00003-SDN |
| | ) | |
| | ) | |
| MARLON R. AVILA-CRUZ | ) | |
| DEFENDANT | ) | |

### DEFENDANT'S MOTION TO CONTINUE PLEA

**NOW COMES** the Defendant, Marlon R. Avila-Cruz, by and through his undersigned attorney, Kaylee J. Folster, Esq., and hereby moves to continue the plea currently set for January 29, 2026 at 11:00 a.m. due to the interpreter not being able to make the meeting the undersigned had set up with the Defendant. It is respectfully requested that the plea be continued to a date after February 23, 2026, so I can reschedule a visit with the Defendant and interpreter.

Andrew McCormack , AUSA, does not object to the granting of this motion.

WHEREFORE, Defendant respectfully requests that his Motion be granted and his plea be continued to .

DATED this 27th day of January, 2026.

/s/Kaylee J. Folster, Esq.
Bar #4967
Vafiades, Brountas & Kominsky, LLP
23 Water Street
P.O. Box 919
Bangor, ME  04402-0919
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

I hereby certify that on January 27, 2026, I electronically filed Defendant's  Motion to Continue with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Andrew McCormack, AUSA.  I hereby certify that on January 27, 2026 I have mailed by United States Postal Service, the document(s) to the following non-registered participants: Marlon R. Avila-Cruz

/s/Kaylee J. Folster, Esq.
Bar #4967
Vafiades, Brountas & Kominsky, LLP
23 Water Street
P.O. Box 919
Bangor, ME  04402-0919
Attorneys for Defendant